**Electronically Filed
Supreme Court
SCWC-19-0000522
22-SEP-2022
11:47 AM
Dkt. 32 OGAC**

SCWC-19-0000522

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MTGLQ INVESTORS, L.P.,
Respondent/Plaintiff-Appellee,

vs.

ASSOCIATION OF APARTMENT OWNERS OF ELIMA LANI CONDOMINIUMS,
Petitioner/Defendant-Appellant,

and

NOAH HENRY CLIFFORD; THE BANK OF NEW YORK MELLON, FKA
THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO
JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
CERTIFICATEHOLDERS OF THE CWHEQ, INC.,
CWHEQ REVOLVING HOME EQUITY LOAN TRUST,
SERIES 2005-F; WAIKOLOA VILLAGE ASSOCIATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000522 & CAAP-20-0000478; CIV. NO. 3CC17100299K)

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Association of

Apartment Owners of Elima Lani Condominiums' Applications for

Writ of Certiorari filed on August 2, 2022 in case numbers SCWC-

19-0000522 and SCWC-20-0000478, are hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, September 22, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins